**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**ALFONZO CAMAJA BLANCO,**

    **Petitioner,**

      **v.**                                                                          **Civil Action No. 3:26cv183**

**KRISTI NOEM,** *et al.,*

    **Respondents.**

## <u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS

Petitioner Alfonzo Camaja Blanco's Petition.  (ECF No. 1.)

Respondents are ORDERED to provide Mr. Camaja Blanco with a bond hearing in front

of an Immigration Judge pursuant to 8 U.S.C. § 1226(a).

The Court ORDERS that the Immigration Court provide Mr. Camaja Blanco with a bond

hearing prior to any hearing on the merits of his removal, and no later than twenty-four (24)

hours from the date of entry of this Order.

The Court further ORDERS that at that hearing, Respondents SHALL bear the burden of

showing that Mr. Camaja Blanco is a danger or a flight risk by clear and convincing evidence.

Respondents are ENJOINED from denying bond to Mr. Camaja Blanco on the basis that

he is detained pursuant to 8 U.S.C. § 1225(b)(2).

Respondents are ORDERED to file a status report with this Court within three (3) days

after Mr. Camaja Blanco's bond hearing, stating whether Mr. Camaja Blanco has been granted

bond, and, if his request for bond was denied, the reason for that denial.  Simply stating that Mr.

Camaja Blanco's request for bond was denied because he was deemed a "flight risk" or a "danger to the community," without more, is insufficient.

In the event that Mr. Camaja Blanco is released on bond, Respondents are ENJOINED from rearresting Mr. Camaja Blanco, unless he has committed a new violation of any federal, state, or local law, or has failed to attend any properly noticed immigration or court hearing or is subject to detention pursuant to a final order of removal.

Should Mr. Camaja Blanco be released on bond, Respondents are FURTHER ENJOINED from invoking the automatic stay provision at 8 C.F.R. § 1003.19(i)(2).[1]

It is SO ORDERED.

Date: 3/17/26
Richmond, Virginia

/s/
M. Hannah Lauck
Chief United States District Judge

---

[1] Courts in this District have found that "the automatic stay provision imposed in immigration cases constitutes an unequivocal violation of due process." *Hasan v. Crawford*, 800 F. Supp. 3d 641, 661 (E.D. Va. 2025)

2